# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00488-CV

**U.S. Bank National Association, Appellant**

**v.**

**Falcon Pointe Community Association, Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-12-003545, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's notice of appeal was filed on July 19, 2013, and appellant sent court reporter Albert Alvarez a request for the reporter's record that same date, asking Mr. Alvarez to contact appellant's attorney about any necessary deposits and the final cost of the record. On September 4, we sent Mr. Alvarez notice that the record was overdue, *see* Tex. R. App. P. 35.1(c) (in restricted appeal, record due within thirty days of filing of notice of appeal), asking him to respond by September 16 either by filing the record or by explaining the delay and estimating when the record would be complete. To date, Mr. Alvarez has not responded to our notice. We therefore order Albert Alvarez to file a complete reporter's record no later than December 6, 2013. Failure to do so will result in Mr. Alvarez being called before this Court to show cause why he should not be held in contempt for violating our order.

It is ordered November 8, 2013.


Before Justices Puryear, Rose and Goodwin